# United States District Court
## Northern District of Illinois
### Eastern Division

Grand Vehicle Works            **JUDGMENT IN A CIVIL CASE**

      v.                                Case Number: 03 C 7948

Frey

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Memorandum Opinion and Order is entered. Defendant's Rule 12(c) motion is granted. The Court grants judgment against Plaintiff on all remaining claims because the non-solicitation provision in Paragraph 3 of Defendants' Agreements is unenforceable under Illinois law.

                                                             Michael W. Dobbins, Clerk of Court

Date: 7/8/2005                            /s/ Theresa Hammonds, Deputy Clerk